FILED
U.S. DISTRICT COURT
DIV.

2008 JAN 11 AM 9: 37

CLERK _____ /Cu)
SO. DIST. OF GA.

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

MICHAEL SEMPLE,

    Plaintiff,

    vs.

STATE OF GEORGIA, JUDICIAL
SYSTEM, and DEPARTMENT OF
CORRECTIONS,

    Defendants.

CIVIL ACTION NO.: CV607-061

## O R D E R

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's complaint is **DISMISSED**, pursuant to 28 U.S.C.A. §§ 1915 (e)(2)(B)(ii) and 1915A(b). The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment.

**SO ORDERED**, this 11 day of _____January_____, 2008.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA